## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR15-00621 R | | Date | July 7, 2020 |
|---|---|---|---|---|

| Present: | The Honorable Philip S. Gutierrez, Chief United States District Judge |
|---|---|
| Interpreter | n/a |

| Wendy Hernandez | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| <u>U.S.A. v. Defendant(s):</u> | <u>Present</u> | <u>Cust.</u> | <u>Bond</u> | Attorney(s) for Defendant(s): | <u>Present</u> | <u>App.</u> | <u>Ret.</u> |
|---|---|---|---|---|---|---|---|
| Armen Khalulyan (5) | not | | | n/a | | | |

**Proceedings:   (In Chambers) Order DENYING Defendant's Motion for Early Termination of Supervised Release**

Having read and considered Defendant's motion for early termination of supervised release (dkt. # 382), the Government's opposition (dkt. # 383), and the supervision report dated June 17, 2020 (dkt. # 381), the Court DENIES the motion.

IT IS SO ORDERED.